MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ROBERT K. PRUITT (KYBN 93232)
Special Assistant United States Attorney

      Defense Language Institute – Criminal Law
      1336 Plummer Street, Building 275
      Monterey, CA  93944
      Telephone: (831) 242-6394
      Email: robert.k.pruitt.mil@mail.mil

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARIA D. ORTEGA SANCHEZ,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No.: CR-12-00166 HRL<br><br>THIRD STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |

On February 4, 2013, the parties in this case appeared before the Court for a status hearing. The parties jointly requested a trial date be set for May 13, 2013 at 9:30 AM.  In addition, the parties are requesting an exclusion of time under the Speedy Trial Act, from October 1, 2012 to May 13, 2013.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

///

///

///

SO STIPULATED:                    MELINDA HAAG
                                  United States Attorney


DATED:  February 6, 2013          _____/S/_____
                                  ROBERT K. PRUITT
                                  Special Assistant United States Attorney



DATED:  February 6, 2013          _____/S/_____
                                  MANUEL ARAUJO
                                  Counsel for the Defendant


                              ORDER

    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from October 1, 2012 to May 13, 2013 at 9:30 AM.  The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:  2/12/2013      _____
                       PAUL S. GREWAL
                       United States Magistrate Judge